UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>KASEY R. SELF, and<br>REBECCA L. SELF,<br>                    Debtors. | )<br>) Case No. 12-14441<br>)<br>) UNITED STATES' OBJECTION TO<br>) CONFIRMATION OF CHAPTER 13 PLAN<br>)<br>) |

COMES NOW the United States of America, by and through its attorneys, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Catherine L. Campbell, Special Assistant United States Attorney for said District, on behalf of its Agency, the Internal Revenue Service (Service), and hereby objects to confirmation of the debtors' proposed Chapter 13 Plan (Plan). The Service submits the following grounds in support of its objection to confirmation:

1.  The Service timely filed an amended proof of claim in the total amount of $74,564.00. Of that amount, $27,087.68 is a claim entitled to priority under 11 U.S.C. § 507(a)(8) and $47,476.32 is a general unsecured claim.

2.  While the original claim asserting that a portion of the Service's claim was secured was objected to, the Service's

United States' Objection     - 1 -
to Confirmation of
Chapter 13 Plan

Special Assistant U.S.
Attorney
Office of Chief Counsel, IRS
915 Second Avenue, Rm 2704
Seattle, WA  98174
(206) 220-5951

amended proof of claim reflects the Service's concession that it has no secured claim in this proceeding.

3.   The Internal Revenue Service's priority claim must be paid in full under the terms of the plan.  11 U.S.C. § 1322(a)(2).

4. The Service's claim is estimated, in part, because the debtors have not filed their U.S. Individual Income Tax Return (Form 1040) for tax year 2011.  The due date for the 2011 return has been extended.  Because the IRS may be bound by the terms of the confirmed plan, the Plan should not be confirmed until the debtors file their tax return so that the Service can file a proof of claim liquidating the amount of tax due.

5.   Because said return has not been filed, the debtors' plan cannot be evaluated to determine whether it provides for payment of the Service's claim as required by Sections 1322(a) and 1325 of the Bankruptcy Code.  In re Barnes, 32 F.3d 405 (9th Cir. 1994).

6.   Because the debtors have not filed their Form 1040 for tax year 2011 as required by Bankruptcy Code § 1308, this case may be subject to dismissal under Bankruptcy Code § 1307(e).

7.   The plan is currently not feasible.  The plan requires payments in the amount of $3,370.00 monthly for 36 months. The plan provides for distributions to the creditor holding a secured claim in the amount of $2,995.00 each month.  Only the

United States' Objection    - 2-     Special Assistant United
to Confirmation of                       States Attorney
Chapter 13 Plan              Office of Chief Counsel, IRS
                                 915 Second Avenue
                               Room 2710, M/S W670
                                 Seattle, WA  98174
                                  (206) 220-5951

remaining $375.00 is available to pay the Service's priority claim as well as the trustee and attorney fees.

WHEREFORE, the United States respectfully requests that the Court deny confirmation of debtors' Chapter 13 Plan.

DATED this 7th day of June, 2012.

JENNY A. DURKAN
United States Attorney

By: /s/ Catherine L. Campbell
Catherine L. Campbell, WSBA 2482
Special Assistant U.S. Attorney
Office of Chief Counsel, IRS
915 Second Avenue
Seattle, WA 98174
Phone: (206) 220-5637
Fax: (206) 220-5959

United States' Objection      - 3-      Special Assistant United
to Confirmation of                              States Attorney
Chapter 13 Plan                    Office of Chief Counsel, IRS
                                              915 Second Avenue
                                            Room 2710, M/S W670
                                              Seattle, WA 98174
                                                (206) 220-5951

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

In re:                              ) BANKRUPTCY NO. 12-14441
                                    )
KASEY R. SELF, and                  )
REBECCA L. SELF,                    ) CERTIFICATE OF SERVICE
                                    )
                                    )
                 Debtors.           )
                                    )

The undersigned hereby certifies that (s)he is an employee of the Office of the Chief Counsel, Internal Revenue Service, Seattle, Washington, and is a person of such age and discretion as to be competent to serve papers; that on the date set forth below (s)he served a copy (or copies) of the UNITED STATES' OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the persons hereinafter named by ECF:

        Christina Latta Henry      K. Michael Fitzgerald
        Attorney for Debtors       Chapter 13 Trustee


        DATED this 7th day of June, 2012.

                            /s/ Catherine L. Campbell


CERTIFICATE OF SERVICE      - 1 -      Special Assistant United
                                       States Attorney
                                  Office of Chief Counsel, IRS
                                       915 Second Avenue
                                       Room 2710, M/S W670
                                       Seattle, WA  98174
                                       (206) 220-5951